**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| NATASHA N. CLEMONS, as Personal Representative of the Estate of Rodney Mitchell and on behalf of Channing Mitchell, survivor, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>THOMAS M. KNIGHT, Hon., in both his official and individual capacity as Sheriff of Sarasota County, et al.,<br><br>　　　Defendants. | CIVIL DIVISION<br><br>Case No 8:14-CV-1376-T-27MAP |

**EXHIBIT "A"**
**PLAINTIFF'S EXHIBIT LIST**

| No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>　　Other | Description |
|---|---|---|---|---|---|
| 1. | | | | 1, 2, 3 | SCSO policy and procedure manuals |
| 2. | | | | 1 | Radio traffic audio |
| 3. | | | | 1 | Radio traffic transcript |
| 4. | | | | 1, 2, 3, 4 | Event chronology |
| 5. | | | | 1 | SCSO Transcript Main Audio Call |
| 6. | | | | 1, 2, 3 | Adam Shaw interview videos (2) |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1] <br> (1) Relevance <br> (2) Cumulative <br> (3) Hearsay <br> (4) 403 <br> (5) Collateral Impeachment <br> Other | Description |
|---|---|---|---|---|---|
| 7. | | | | 1, 2, 3 | Adam Shaw interview transcripts (2) |
| 8. | | | | 1, 2, 3 | Troy Sasse interview videos (2) |
| 9. | | | | 1, 2, 3 | Troy Sasse interview transcripts (2) |
| 10 | | | | 1, 2, 3, 4, 5 | Administrative investigation/Complaints as to Troy Sasse |
| 11 | | | | 1, 2, 3, 4, 5 | Administrative investigation/Complaints as to Troy Sasse |
| 12 | | | | 1, 2, 3, 4, 5 | Pretext and profiling arrests by Adam Shaw |
| 13 | | | | 1, 2, 3, 4, 5 | Adam Shaw Disciplinary Reports |
| 14 | | | | 1, 2, 3, 4, 5 | Troy Sasse Disciplinary Reports |
| 15 | | | | 1, 3, 4, 5 | Personnel Files of officers |
| 16 | | | | 1, 3, 4, 5 | Officer evaluations |
| 17 | | | | 1, 3, 4, 5 | Officer training records |
| 18 | | | | 1, 3, 4, | SCSO Forensic Services reports |

| No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>Other | Description |
|---|---|---|---|---|---|
| 19 | | | | 1, 2, 3, 4 | Witnesses statements transcripts and audios and/or videos |
| 20 | | | | 1, 4 | Ambulance records |
| 21 | | | | 1, 3, 4 | Autopsy Report (without toxicology report) |
| 22 | | | | 2, 4 | Autopsy photos |
| 23 | | | | 2, 3, 4 | Defendants' expert reports (impeachment) |
| 24 | | | | 1, 3, 4, 5 | Shaw response to Resistance Report |
| 25 | | | | 1, 3, 4, 5 | Shaw use of Firearms Report |
| 26 | | | | 1, 3, 4, 5 | Sasse response to Resistance Report |
| 27 | | | | 1, 3, 4, 5 | Sasse use of Firearms Report |
| 28 | | | | 1, 2, 3, 4 | SCSO Crash Report |
| 29 | | | | 2, 4 | Scene photos |
| 30 | | | | 1, 2, 3, 4, 6 | Xpress Lube videos |
| 31 | | | | 1, 4 | David Balash photos |
| 32 | | | | 1, 3, 4 | Eastern New Mexico University records |

| No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>Other | Description |
|---|---|---|---|---|---|
| 33 | | | | 2, 4 | Mitchell family photos |
| 34 | | | | 2, 4 | Mitchell family videos |
| 35 | | | | 1, 2, 4 | Funeral records |
| 36 | | | | 1, 3, 4 | SCSO Duty Roster |
| 37 | | | | 1, 3, 4 | SCSO Organizational Chart |
| 38 | | | | 1, 3, 4 | SCSO Case Card 201200042265 |
| 39 | | | | 1, 3, 4 | SCSO Contamination Card |
| 40 | | | | 1, 3, 4 | SCSO Diagrams of Scene |
| 41 | | | | 1, 3, 4 | SCSO Call Detail Report |
| 42 | | | | 1, 3, 4 | SCSO CAD message report |
| 43 | | | | 1, 3, 4 | SCSO Accreditation standards and reports |
| 44 | | | | 2, 4, 6 | Scene videos and photos |
| 45 | | | | 1, 2, 3, 4, 6 | Xpress Lube still photos |
| 46 | | | | 1, 3, 4, 5 | Samuel DuBose video |
| 47 | | | | 1, 2, 3, 4 | FDLE report |

| No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>Other | Description |
|---|---|---|---|---|---|
| 48 | | | | 2, 4 | Arial photos |