UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATASHA N. CLEMONS, as
Personal Representative of the
Estate of RODNEY MITCHELL
and on behalf of CHANNING          Case No.: 8:14-cv-01376-JDW-MAP
MITCHELL, SURVIVOR; and
DORIAN GILMER,

    Plaintiffs,

v.

HON. THOMAS M. KNIGHT,                         \_\_\_\_\_   Evidentiary
in both his official and individual              X\_\_   Trial
capacity as Sheriff of Sarasota County,        \_\_\_\_\_   Other
TROY SASSE, ADAM SHAW,
both in their individual and official
capacities,

    Defendants.
_____/

EXHIBIT "B"
DEFENDANTS TRIAL EXHIBIT LIST

The Defendants' exhibit list contains any document that could possibly be used at trial by Defendants. By listing a document as an exhibit the Defendants are not indicating it will definitely be offered at trial or that the particular exhibit is even admissible in evidence.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 1. | | | | 1 | SSO General Orders |
| 2. | | | | 2, 3, 4 | Overview summary of officer involved shooting, SSO case number 12-42265 |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 3. | | | | | Background Event Chronology, June 11, 2012 through June 12, 2012 |
| 4. | | | | | Transcript of Dispatch audio call June 11, 2012 |
| 5. | | | | 2, 3, 4 | Incident/Offense Report – aggravated assault on law enforcement officer (including Homicide and Death Reports) by Daniel Tutko |
| 6. | | | | 2, 3, 4 | Incident/Offense Report – aggravated assault with motor vehicle by Daniel Tutko |
| 7. | | | | 2, 3, 4 | Incident/Offense Report – aggravated assault on law enforcement officer by John Jernigan |
| 8. | | | | 2, 3, 4 | Incident/Offense Report – traffic stop by Stan Hayes |
| 9. | | | | 2, 3, 4 | Incident/Offense Report – vehicle stop by Brian James |
| 10. | | | | | Florida Traffic Crash Report #51958740 by Deputy Harry Brayley |
| 11. | | | | | Cpl. Cale Stevens report dated July 10, 2012, regarding the Jeep airbags |
| 12. | | | | | SSO Use of Firearms Report by Sgt. Troy Sasse |
| 13. | | | | | Levels of Resistance Report by Sgt. Troy Sasse |
| 14. | | | | | SSO Use of Firearms Report by Dep. Adam Shaw |
| 15. | | | | | Levels of Resistance Report by Dep. Adam Shaw |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 16. | | | | 2, 3, 4 | Investigative Report by Det. M. LeFebvre, June 29, 2012 |
| 17. | | | | 2, 3, 4 | Supplement Report by Det. M. LeFebvre, July 13, 2012 |
| 18. | | | | 2, 3, 4 | Investigative Report – Supplement by Det. D. Tuck, July 5, 2012 |
| 19. | | | | | Investigative Report by Det. J. Friday, June 13, 2012 |
| 20. | | | | 2, 3, 4, 5 | Investigative Report by Det. L. Ojeda, June 15, 2012 |
| 21. | | | | 2, 3, 4 | Investigative Report – Supplement by Sgt. Kevin Pingel, July 20, 2012 |
| 22. | | | | | Investigative Report by Lt. V. Mayer, June 25, 2012 |
| 23. | | | | 1, 2, 3, 4, 5, depending on which records. | Sarasota County Sheriff's Office Forensic Reports relating to the subject incident |
| 24. | | | | 2, 3, 4 | Shooting Incident Analysis by Alexander Jason |
| 25. | | | | Reserved depending on which photos | Photographs taken by Alexander Jason |
| 26. | | | | | SSO Training records for Adam Shaw |
| 27. | | | | | SSO Training records for Troy Sasse |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 28. | | | | 1, 2, 3, 4, 5, depending on which records. | Transcript of witness statement of:<br>a. Sergeant Troy Sasse, June 11, 2012, with diagram(s)/exhibit(s)<br>b. Dep. T. Sasse, June 12, 2012, with diagram(s)/exhibit(s)<br>c. Dep. Adam Shaw, 19 pages<br>d. Deputy Adam Shaw, June 25, 2012<br>e. Chadrick Garner, June 12, 2012<br>f. Jason Wright, June 12, 2012<br>g. Emilio Lorenzo Lazo, June 11, 2012<br>h. Gustavo Ramos, June 11, 2012<br>i. Jeremy Maxwell, June 11, 2012<br>j. Dorian Gilmer, June 22, 2012<br>k. Oscar Higdon, June 11, 2012<br>l. Ryan Jones, June 11, 212<br>m. Khadijah Stanley, June 12, 2012<br>n. Amory Harvey, April 12, 2012 (sic)<br>o. Jesus Torres, June 12, 2012 |
| 29. | | | | 1, 2, 3, 4, 5, depending on which records. | Audio of witness statements |
| 30. | | | | 1, 2, 3, 4, 5, depending on which records. | Video of witness statements |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 31. | | | | 1, 2, 3, 4 | Search Warrant for 2006 Jeep Liberty |
| 32. | | | | 2, 3, 4, 5 | Medical Examiner's Report of Investigation |
| 33. | | | | 2, 3, 4, 5 | Medical Examiner's case summary |
| 34. | | | | 2, 3, 4, 5 | Medical Examiner's scene investigation |
| 35. | | | | (excluding toxicology report) | Medical Examiner's Report of Autopsy including toxicology |
| 36. | | | | 1, 2, 3, 4, 5, 6 (FRE 404, 609) | Rodney Mitchell criminal history information |
| 37. | | | | 1, 2, 3, 4, 5, 6 (FRE 404, 609) | Rodney Mitchell certified driving records from the state of New Mexico |
| 38. | | | | 1, 2, 3, 4, 5, 6 (FRE 404, 609) | Rodney Mitchell Portales Policy Department records including incident reports, arrest report and video |
| 39. | | | | 3, 4, 5 | Rodney Mitchell traffic court transcript, June 4, 2012, case number 2012 CT 006909 NC |
| 40. | | | | 2, 3, 4, 5 | Certified audio of traffic court hearing, June 4, 2012, case number 2012 CT 006909 NC |
| 41. | | | | 2, 3, 4, 5 | Court documents for case number 2012 CT 006909 NC |
| 42. | | | | 3, 4, 5, 6 (FRE 404, 609) | Dorian Gilmer criminal history information |
| 43. | | | | 3, 4, 5, 6 (FRE 404, 609) | Pick up order |
| 44. | | | | 3, 4, 5, 6 (FRE 404, 609) | Manatee County Officer Safety Sheet regarding Dorian Gilmer |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 45. | | | | 1, 2, 3, 4, 5, 6 (FRE 404) | Property Receipts |
| 46. | | | | | FDLE Laboratory Report, June 26, 2012 |
| 47. | | | | (reserve as to which ones) | Photographs from scene |
| 48. | | | | | Autopsy photographs |
| 49. | | | | | Radio transmissions, June 11, 2012 |
| 50. | | | | (reserve as to which documents) | Personnel File of Sergeant Troy Sasse |
| 51. | | | | (reserve as to which ones) | Photographs of vehicle |
| 52. | | | | | Aerial photographs |
| 53. | | | | (reserve as to which documents) | Personnel File of Deputy Adam Shaw |
| 54. | | | | (reserve as to which documents) | Administrative Investigations/Complaints related to Sgt. Troy Sasse |
| 55. | | | | (reserve as to which documents) | Administrative Investigations/Complaints related to Dep. Adam Shaw |
| 56. | | | | 2, 3, 4 | Report of Clarence Chapman |
| 57. | | | | 2, 3, 4 | Report of Chris Lawrence with photographs |
| 58. | | | | 2, 3, 4 | Report of Donald Fournier with photographs |
| 59. | | | | (reserve as to which documents; impeachment only) | Records of Dorian Gilmer from Bethune Cookman University |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 60. | | | | (depending on which ones; otherwise 1, 2, 3, 4, 5, 6: FRE 404, 609) | Sarasota Police Department incident reports and supplemental reports for the incident on 6-11-12 |
| 61. | | | | (depending on which ones) | Medical records of Dorian Gilmer |
| 62. | | | | Reserve, depending on which ones | All deposition exhibits |
| 63. | | | | 1, 3, 4, 5, 6 (FRE 404, 609) | Records of Dorian Gilmer from Horizons Academy |
| 64. | | | | 1, 3, 4, 5, 6 (FRE 404, 609) | Records of Dorian Gilmer from Department of Juvenile Justice |
| 65. | | | | 1, 2, 3, 4, 5, depending on which records. | Records of Dorian Gilmer from Southeast High School |
| 66. | | | | 3, 4, 5, 6 (FRE 404) | Records of Rodney Mitchell from New Mexico Military Institute |
| 67. | | | | 1, 2, 3, 4, 5, 6 (FRE 404) | Records of Rodney Mitchell from State College of Florida f/k/a Manatee Community College |
| 68. | | | | 1, 2, 3, 4, 5, depending on which records. | Records of Rodney Mitchell from Eastern New Mexico University |
| 69. | | | | (depending on which documents) | Records of Rodney Mitchell from Boys & Girls Club of Palmetto |
| 70. | | | | 1, 2, 3, 4, 5, 6 (FRE 404) (depending on which documents) | All documents provided through Freedom of Information Act requests made to the Sarasota County Sheriff's Office relating to the subject incident |
| 71. | | | | (depending on which documents) | Rodney Mitchell child support documents |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1]<br>(1) Relevance<br>(2) Cumulative<br>(3) Hearsay<br>(4) 403<br>(5) Collateral Impeachment<br>(6) Other | Description |
|---|---|---|---|---|---|
| 72. | | | | 1, 2, 3, 4, 5, 6 (FRE 404) | Report Of Bruce A. Goldberger, Ph.D., DABFT |
| 73. | | | | | |
| 74. | | | | | |
| 75. | | | | | |