UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NATASHA N. CLEMONS, as Personal Representative of the Estate of Rodney Mitchell and on behalf of Channing Mitchell, survivor, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS M. KNIGHT, Hon., in both his official and individual capacity as Sheriff of Sarasota County, et al.,<br><br>    Defendants. | CIVIL DIVISION<br><br>Case No 8:14-CV-1376-T-27MAP |

EXHIBIT "C"
PLAINTIFFS' WITNESS LIST

1. Andrus, Abby, District 12 Medical Examiner's Office, 2001 Siesta Dr. #302, Sarasota, FL 34239

2. Balash, David (expert), 41906 Echo Forest Ct., Canton, Michigan 48188, 734-981-6788

3. Brayley, Dep. Harry, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237

4. Clemons, Natasha, Counsel for Plaintiff, 3049 Cleveland Ave., Suite 140, Fort Myers, FL 33901

5. Custodians of records, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237

6. Garner, Chadrick, 2806 Goodrich Ave., Sarasota, FL 34234

7. Gilmer, Dwight William, Counsel for Plaintiff, 3049 Cleveland Ave., Suite 140, Fort Myers, FL 33901

8. Gilmer, Dorian, Counsel for Plaintiff, 3049 Cleveland Ave., Ste. 140, Fort Myers, FL 33901

9. Gorn, Michael, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237

10. Harrington Jami Kee, Counsel for Plaintiff, 3049 Cleveland Ave., Suite 140, Fort Myers, FL 33901

11. Harvey, Amory, 2738 N. Orange St. Sarasota, FL

12. Hayes Lt. Stan, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237

13. Hendrickson CST Jessica, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL  34237

14. Higdon Oscar, 2700 Hidden Lakes Dr. S. Unit B, Sarasota, FL 34237

15. Hoffman Colonel Kurt, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL  34237

16. James Dep. Brian, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

17. Jernigan Lt. John, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

18. Jones Ryan, 2728 Palmadelia Ave., Sarasota, FL 34234,

19. Jones, Ryan  4940 Reno Dr. Sarasota, FL

20. Knight Sheriff Thomas, Counsel for Sheriff Thomas Knight, Office of the County Attorney, 1660 Ringling Blvd., Second Floor, Sarasota, FL 34236,

21. Krahe CST Meghan, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237, Forensic Technician,

22. Lanham Lisa Michelle, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237

23. Laughlin, Tom 200 S. Washington Blvd. Suite 7, Sarasota, FL 34237 (941) 724.1673

24. Lazo Emilio, 900 Signal Point Cir. #103, Sarasota, FL 34237,

25. LeFebvre Det. Mark, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

26. Maxwell Jeremy, 5506 16th St. W., Bradenton, FL 34207,

27. Mayer Lt. Vince, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

28. Mercurio Officer Michael, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237

29. Miller CST Maxine, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

30. Ojeda Det. Luis, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

31. Pickavance Staci, Sarasota County Sheriff's Office, 2071 Ringling

Blvd., Suite 100, Sarasota, FL 34237

32. Pingel, Sgt. Kevin,  Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

33. Ramos, Gustavo, 1147 44th St, Sarasota, FL 34234,

34. Richard, Captain P.,  Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL  34237

35. Santiago, Juan, 1147 44th St., Sarasota, FL 34237,

36. Sasse, Troy,  Counsel for Defendant Troy Sasse, 401 N Cattlemen Rd, Suite 300, Sarasota, FL 34232,

37. Shaw, Adam,  Counsel for Defendant Adam Shaw, 1776 Ringling Blvd., Sarasota, FL 34236,

38. Slapp, Officer Jeffrey,  Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL  34237

39. Smith, Demond  501 North Lockwood Ridge Road,  Sarasota, FL 34237  (404) 259.6594

40. Stanley, Khadijah, 2806 Goodrich Ave., Sarasota, FL 34234,

41. Torres, Jesus, 3333 Ramblewood Way, Sarasota, FL 34234,

42. Tuck, Det. Dave,  Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL 34237,

43. Tucker, Mel (expert), 5929 Fordland Drive, Raleigh, North Carolina 27606

44. Tutko, Sgt. Dan,  Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL

34237,

45. Walsh, Captain John, Sarasota County Sheriff's Office, 2071 Ringling Blvd., Suite 100, Sarasota, FL  34237

46. Wheeler, Kimberly  501 North Lockwood Ridge Road,  Sarasota, FL 34237  (941) 536.6652

47. Williams, Jacarra, Counsel for Plaintiff, 3049 Cleveland Ave., Suite 140, Fort Myers, FL 33901

48. Broussard, Wilson, District 12 Medical Examiner, 2001 Siesta Drive, Ste. 302, Sarasota, FL 34239, 941-361-6909

49. Wright, Jason, 3004 McCloud Cir., Sarasota, FL 34234

50. Murphy, Sean, EMT-Paramedic, Sarasota Fire Rescue, 1660 Ringling Blvd., 6th Floor, Sarasota, FL 34236

51. Blood, Raymond, EMT-Paramedic, Sarasota Fire Rescue, 1660 Ringling Blvd., 6th Floor, Sarasota, FL 34236

52. Williams, Darryl, EMT-Basic, Sarasota Fire Rescue, 1660 Ringling Blvd., 6th Floor, Sarasota, FL 34236

53. Kenneth Williams, 3 Trappers Path, Lakeville, MA 02347, 774-451-1290