UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATASHA N. CLEMONS,** as
Personal Representative of the
Estate of RODNEY MITCHELL
and on behalf of CHANNING
MITCHELL, SURVIVOR; and
DORIAN GILMER,

    Plaintiffs,

v.

**HON. THOMAS M. KNIGHT,**
in both his official and individual
capacity as Sheriff of Sarasota County,
**TROY SASSE, ADAM SHAW,**
both in their individual and official
capacities,

    Defendants.
_____/

Case No.: 8:14-cv-01376-JDW-MAP

_____ Evidentiary
__X__ Trial
_____ Other

**EXHIBIT "D"**
Defendant's Witness List

| | WITNESS | |
|---|---|---|
| | | |
| 1. | Natasha Clemons<br>c/o Lead Counsel for Plaintiff<br>3049 Cleveland Ave.<br>Suite 140<br>Fort Myers, FL 33901<br>Plaintiff | |
| 2. | Dwight William Gilmer<br>c/o Lead Counsel for Plaintiff<br>3049 Cleveland Ave.<br>Suite 140<br>Fort Myers, FL 33901<br>Plaintiff Gilmer's father | |

| | | |
|---|---|---|
| 3. | Jami Kee Harrington<br>c/o Lead Counsel for Plaintiff<br>3049 Cleveland Ave.<br>Suite 140<br>Fort Myers, FL 33901<br>Plaintiff Gilmer's mother | |
| 4. | Sheriff Thomas Knight<br>c/o Counsel for Sheriff Thomas Knight<br>Office of the County Attorney<br>1660 Ringling Blvd., Second Floor<br>Sarasota, FL 34236 | |
| 5. | Troy Sasse<br>c/o Counsel for Defendant Troy Sasse<br>401 N Cattlemen Rd, Suite 300<br>Sarasota, FL 34232<br>Defendant | |
| 6. | Adam Shaw<br>c/o Counsel for Defendant Adam Shaw<br>1776 Ringling Blvd.<br>Sarasota, FL 34236<br>Defendant | |
| 7. | Sgt. Dan Tutko<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer responding to scene | |
| 8. | Lt. John Jernigan<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer responding to scene | |
| 9. | Lt. Stan Hayes<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer responding to scene | |

| | | |
|---|---|---|
| 10. | Dep. Brian James<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer responding to scene | |
| 11. | Dep. Harry Brayley<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer Provided Crash Report | |
| 12. | Trooper Cale Stevens<br>C/O Florida Highway Patrol<br>4010 S Tamiami Trl.<br>Venice, FL 34293<br>FHP Officer responding to scene | |
| 13. | Det. Mark LeFebvre<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 14. | Det. Dave Tuck<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer investigating incident | |
| 15. | Det. Jason Friday<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer investigating incident | |
| 16. | Det. Luis Ojeda<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer investigating incident | |

| | | |
|---|---|---|
| 17. | Sgt. Kevin Pingel<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer investigating incident | |
| 18. | Lt. Vince Mayer<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 19. | CST Maxine Miller<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Officer investigating incident | |
| 20. | CST Jessica Hendrickson<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Forensic Technician | |
| 21. | CST Meghan Krahe<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Forensic Technician | |
| 22. | Michael Gorn<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237<br>Forensic Technician/Crime Scene Unit Supervisor | |
| 23. | Chadrick Garner<br>2806 Goodrich Ave.<br>Sarasota, FL 34234<br>Witness at Sunoco station | |
| 24. | Jason Wright<br>3004 McCloud Cir.<br>Sarasota, FL 34234<br>Witness at Sunoco station | |

| | | |
|---|---|---|
| 25. | Emilio Lazo<br>900 Signal Point Cir. #103<br>Sarasota, FL 34237<br>Witness at Sunoco station | |
| 26. | Gustavo Ramos<br>1147 44th St<br>Sarasota, FL 34234<br>Witness at Sunoco station | |
| 27. | Jeremy Maxwell<br>5506 16th St. W.<br>Bradenton, FL 34207<br>Witness at Sunoco station | |
| 28. | Oscar Higdon<br>2700 Hidden Lakes Dr. S. Unit B<br>Sarasota, FL 34237<br>Witness at Sunoco station | |
| 29. | Ryan Jones<br>2728 Palmadelia Ave.<br>Sarasota, FL 34234<br>Witness at Sunoco station | |
| 30. | Khadijah Stanley<br>2806 Goodrich Ave.<br>Sarasota, FL 34234<br>Witness at Sunoco station | |
| 31. | Amory Harvey<br>2734 Kilgore Pl.<br>Sarasota, FL<br>Witness at Sunoco station | |
| 32. | Jesus Torres<br>3333 Ramblewood Way<br>Sarasota, FL 34234<br>Witness at Sunoco station | |
| 33. | Juan Santiago<br>1147 44th St.<br>Sarasota, FL 34237<br>Witness at Sunoco station | |

| | | |
|---|---|---|
| 34. | Abby Andrus<br>C/O District 12 Medical Examiner's Office<br>2001 Siesta Dr. #302<br>Sarasota, FL 34239<br>Medical Examiner technician | |
| 35. | Records Custodian for Bethune Cookman University<br>640 Dr. Mary McLeod Bethune Boulevard<br>Daytona Beach, FL 32114 | |
| 36. | Colonel Kurt Hoffman<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 37. | Captain John Walsh<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 38. | Captain Paul Richard<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 39. | Lieutenant Jeffrey Slapp<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 40. | Lieutenant Michael Mercurio<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 41. | Staci Pickavance<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |

| | | |
|---|---|---|
| 42. | Lisa Michelle Lanham<br>C/O Sarasota County Sheriff's Office<br>2071 Ringling Blvd., Suite 100<br>Sarasota, FL  34237 | |
| 43. | Records Custodian for Boys and Girls Club of Palmetto<br>1600 10th St. W.<br>Palmetto, FL 34221 | |
| 44. | Records Custodian for Florida Department of Juvenile Justice<br>701 West Cortez Rd.<br>Bradenton, FL 34207 | |
| 45. | Records Custodian for Dr. Jamie Barker<br>1808 Orchid St.<br>Sarasota, FL 34239 | |
| 46. | Records Custodian for Eastern New Mexico University<br>Office of Planning an Analysis<br>ENMU Station 2<br>Portales, NM 88130 | |
| 47. | Records Custodian for Sarasota County Health Department<br>1750 17th St.<br>Sarasota, FL 34234 | |
| 48. | Records Custodian for Horizons Academy<br>1910 27th St E.<br>Bradenton, FL 34208 | |
| 49. | Records Custodian for Kohl's<br>N56 W17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | |
| 50. | Records Custodian for North Manatee Family Healthcare<br>5600 Bayshore Rd.<br>Palmetto, FL 34221 | |

| | | |
|---|---|---|
| 51. | Records Custodian for New Mexico Military Institute<br>101 West College Blvd.<br>Roswell, NM 88201 | |
| 52. | Records Custodian for Southeast High School<br>1200 37th Ave. E.<br>Bradenton, FL 34208 | |
| 53. | Records Custodian for State College of Florida<br>5840 26th St. W.<br>Bradenton, FL 34207 | |
| 54. | Patricia Kresel<br>Bethune-Cookman University<br>640 Dr. Mary McLeod Bethune Blvd.<br>Daytona Beach, FL 32114 | |
| 55. | Records Custodian for Twelfth Judicial Circuit Court<br>2000 Main St.<br>Sarasota, FL 34237 | |
| 56. | All custodians necessary for introduction of evidentiary documents | |
| 57. | Chris Lawrence<br>Elgin Security Consultants, Inc.<br>22033 Elmwood Square<br>St. Thomas, Ontario, N5R 6A1 | |
| 58. | Clarence Chapman<br>National Justice Consultants, Inc.<br>1507 7th St, Suite 350<br>Santa Monica, CA 90401 | |
| 59. | Donald Fournier<br>Forensic Engineering Technologies, LLC<br>255 Primera Blvd, Suite 128<br>Lake Mary, FL 32746 | |

| | | |
|---|---|---|
| 60. | Alexander Jason<br>Crime Scene Analyst<br>2546 Downer St<br>Pinole CA 94564 | |
| 61. | Bruce Goldberger, Ph.D<br>Division of Forensic Medicine<br>4800 SW 35th Dr.<br>Gainesville, FL 32608 | |
| 62. | William Broussard, Jr., M.D.<br>District Twelve Medical Examiner<br>2001 Siesta Dr, 302<br>Sarasota, FL 34239 | |
| 63. | Jennifer Clark<br>Florida Deparment of Law Enforcement<br>4211 N Lois Ave.<br>Tampa, FL 33614 | |