UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATASHA N. CLEMONS, as
Personal Representative of the
Estate of RODNEY MITCHELL
and on behalf of CHANNING
MITCHELL, SURVIVOR; and
DORIAN GILMER,

    Plaintiffs,

v.                                Case No.: 8:14-cv-01376-JDW-MAP

HON. THOMAS M. KNIGHT,
in both his official and individual
capacity as Sheriff of Sarasota County,
TROY SASSE, ADAM SHAW,
both in their individual and official
capacities,

    Defendants.
_____/

## NOTICE OF CONFLICT

Counsel for Defendant, THOMAS M. KNIGHT, hereby notices the Court and Counsel of Record that he has a conflict with the assignment of this case on the trial docket for the trial term beginning November 2015. Counsel for Defendant is currently scheduled for another trial in the Middle District of Florida during this trial period, in the matter *Jennifer Byrd v. Thomas Knight*, Case No. 8:14-CV-1736-T-35-EAJ, which is set for trial on a date certain of November 16, 2015, before Honorable Judge Mary S. Scriven.

                                      Respectfully submitted,

                                      Stephen E. DeMarsh, County Attorney
                                      Frederick J. Elbrecht, Deputy County Attorney
                                      Florida Bar No. 0314609

Attorney for Defendant Sheriff Thomas Knight
Office of the County Attorney
1660 Ringling Blvd, Second Floor
Sarasota, Florida 34236
Telephone: (941) 861-7272
Facsimile: (941) 861-7267
Email: relbrecht@scgov.net

By:   s/Frederick J. Elbrecht
      Frederick J. Elbrecht
      Deputy County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of October, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Sannestine Fortin
The Fortin Law Firm
3049 Cleveland Ave.
Suite 140
Fort Myers, FL 33901
Telephone: (239) 656-1414
Facsimile: (888) 832-2841
sfortin@thefortinlawfirm.com

James Cook
Law Office of James Cook
314 West Jefferson St.
Tallahassee, FL 32301
Telephone: (850) 222-8080
Facsimile: (850) 561-0836
cookjv@nettally.com
Attorney for Natasha Clemons

Robert Phillips, Esq.
McGowan, Hood & Felder, LLC
1539 Health Care Dr.
Rock Hill, SC 29732
Telephone: (803) 327-7800
rphillips@mcgowanhood.com
Attorney for Natasha Clemons

James Burgess, Esq.
BURGESS, HARRELL,
MANCUSO, COLTON,
& LA PORTA, P.A.
1776 Ringling Blvd
Sarasota FL 34236
Telephone: (941) 366-3700
Facsimile: (941) 366-0189
jburgess@burgessharrell.com
kmolinaro@burgessharrell.com
Attorney for Adam Shaw

Ralph L. Marchbank Jr., Esquire
DICKINSON & GIBBONS, P.A.
401 N Cattlemen Rd, Suite 300
Sarasota, FL 34232
Telephone: (941) 366-4680
Facsimile: (941) 953-3136
RMarchbank@dglawyers.com
LGordon@dglawyers.com
Attorney for Troy Sasse

By:   s/Frederick J. Elbrecht
      Frederick J. Elbrecht
      Deputy County Attorney

{12-50539-00198967.DOCX;1 }